UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL SHENEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:13-CV-1155-TLS |
| ) | |
| DAVID P. JONES, and NEWBY, LEWIS, ) | |
| KAMINSKI, JONES, LLP, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In response to this court's order [ECF No. 12] to file briefs addressing whether this case should be stayed pending the resolution of *Sheneman v. United States*, 3:12-cv-720 (N.D. Ind. filed November 7, 2012), both the Plaintiff [ECF No. 21] and the Defendants [ECF No. 22] have now filed responses agreeing that this case should be stayed.

For the foregoing reasons, this case is STAYED and STATISTICALLY CLOSED. The parties are ORDERED to file separate status reports within 30 days following the conclusion of an appeal from the final judgment in *Sheneman v. United States*, 3:12-cv-720 (N.D. Ind. filed November 7, 2012) or the expiration of the time for seeking such review.

SO ORDERED on September 29, 2014.

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION